# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KEITH BARTELLI,                          :   No. 108 WM 2018
                                         :
        Petitioner                   :
                                         :
                                         :
                                         :
        v.                           :
                                         :
                                         :
                                         :
COURT OF COMMON PLEAS OF                  :
FOREST COUNTY AND CLERK OF                :
COURTS OF FOREST COUNTY,                  :
                                         :
        Respondents                  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 27th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.